IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NYHEAM JONES | : | NO. 06-238 |

ORDER

AND NOW, this 30th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant for a modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #27) is GRANTED; and

(2) defendant's terms of imprisonment on Counts I and III of the indictment are reduced from 70 months to 60 months, to be served concurrently. Defendant's total sentence is now reduced to 120 months.

BY THE COURT:

/s/ Harvey Bartle III
J.